DOUGLAS SMITH (SBN: 101367)
Email: dsmith@gordonrees.com
TARA L. MARTIN (SBN: 189168)
Email: tmartin@gordonrees.com
STEPHANIE ALEXANDER (SBN: 205701)
Email: salexander@gordonrees.com
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, CA 92660
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys For Defendant BIDZ.COM, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA TIDENBERG, individually and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIDZ.COM, INC., DOES 1-20,<br><br>Defendants. | **CASE NO. CV08-05553 PSG (FMOx)**<br><br>**NOTICE OF BIDZ.COM, INC.'S MOTION FOR IMPOSITION OF RULE 11 SANCTIONS**<br><br>**[Federal Rule of Civil Procedure 11(b) (3) and (c)]**<br><br>[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BIDZ.COM'S MOTION FOR IMPOSITION OF RULE 11 SANCTIONS; DECLARATIONS OF TARA MARTIN, CHRISTOPHER BLOCK, CLAUDIA LIU, AND LEON KUPERMAN; REQUEST FOR JUDICIAL NOTICE; NOTICE OF PREVIOUSLY LODGED DEPOSITION TRANSCRIPT; CERTIFICATION OF COMPLIANCE; PROPOSED ORDER]<br><br>**Date: October 26, 2009**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 790** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 26, 2009, at 1:30 p.m., before



Gordon & Rees LLP
4675 MacArthur Court
Suite 800
Newport Beach, CA 92660

the Honorable Philip S. Gutierrez, United States District Court Judge, located in Courtroom 790 at 255 E. Temple Street, Los Angeles, California 90012, defendant Bidz.com, Inc. ("Bidz.com") will move the Court for the imposition of sanctions against plaintiff and her counsel under Federal Rule of Civil Procedure 11(b)(3) and 11(c).

This motion is made on the grounds that plaintiff's Third Amended Complaint pleads facts which at the time made and at present have no evidentiary support, and that defendant has suffered prejudice as a result. As a sanction, Bidz.com requests the Court strike from plaintiff's Third Amended Complaint all allegations of shill bidding and assess plaintiff and her counsel the fees incurred by Bidz.com in bringing this motion.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, Declarations of Tara Martin, Christopher Block, Claudia Liu, and Leon Kuperman, on the pleadings and records on file in this action, and upon any oral argument made at the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 14, 2009, August 17, 2009, and September 4, 2009.

Dated: September 16, 2009

GORDON & REES LLP

/s/
Douglas Smith
Tara L. Martin
Stephanie Alexander
Attorneys for Defendant BIDZ.COM, INC.

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111