e-filed 01/12/10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLA TIDENBERG**, individually and for all others similarly situated,<br><br>             Plaintiff,<br><br>       - against -<br><br>**BIDZ.COM, INC.,**<br><br>             Defendant. | Index No. 08 CV 05553 (PSG)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING AND TRIAL SCHEDULE** |

On September 28, 2009, at 1:30 p.m. in Courtroom 790 of the above-entitled court, the Application brought by Plaintiff Marla Tidenberg ("Plaintiff") requesting a continuance was heard by Honorable Phillip S. Gutierrez, presiding.

After reviewing the papers before it, and for good cause appearing, the Court orders as follows:

## ORDER

Good cause appearing therefore:

IT IS HEREBY ORDERED that the Court's Scheduling Order shall be amended and the following dates are hereby set:

Final Pretrial Conference (2:30 p.m.):                                          March 29, 2010
~~Hearing for Motions for Summary Judgment:                              March 29, 2010~~.
Jury Trial (9:00 a.m.):                                                                     April ~~12~~ 13, 2010.

IT IS FURTHER ORDERED that _____

_____

**IT IS SO ORDERED.**

Dated: __01/12/10__    _____
                      **PHILIP S. GUTIERREZ**
                      Judge of the United States District Court
                      Honorable Philip S. Gutierrez

[PROPOSED] ORDER GRANTING CONTINUANCE
Case No:  CV 08 05553 (PSG)

BALESTRIERI
FARIELLO
ATTORNEYS AT LAW

2

BALESTRIERI FARIELLO
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING CONTINUANCE
Case No: CV 08 05553 (PSG)

1