*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA TIDENBERG, individually and for all others similarly situated,<br><br>                          Plaintiffs,<br><br>          vs.<br><br>BIDZ.COM, INC., DOES 1-20,<br><br>                          Defendants. | **CASE NO. CV08-05553 PSG (FMOx)**<br><br>**JOINT SUBMISSION OF NOTICE OF SETTLEMENT**<br><br>**Hon. Philip S. Gutierrez**<br><br>**Magistrate Judge Fernando M. Olguin** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to Rule 16-15.7 and Rule 40-2 of the Local Rules for the Central District of California, that plaintiff Marla Tidenberg, and defendant, Bidz.com, Inc., have reached a full and final resolution in the above-referenced cause.

/ / /

/ / /

/ / /

Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612

1     Counsel for the parties are preparing the settlement documents and hope to

2     file the appropriate Stipulation for Dismissal with the Court within ten (10) days.

3                                         Respectfully submitted,

4     Dated:  February 19, 2010           GORDON & REES LLP

5

6                                         /s/ Douglas Smith_____

7                                         Douglas Smith
                                          Tara L. Martin

8                                         Attorneys for Defendant BIDZ.COM,
                                          INC.

9     Dated:  February 19, 2010           BALESTRIERE FARIELLO

10

11                                        /s/ John Balestriere_____

12                                        John Balestriere
                                          Attorneys for Marla Tidenberg,

13                                        individually and for all others
                                          similarly situated

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612

AIGDO/1053965/7568746v.1