Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612

1 *[Counsel Listed on Signature Page]*

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

11 MARLA TIDENBERG, individually and ) **CASE NO. CV08-05553 PSG**
for all others similarly situated, ) **(FMOx)**
12 )
   Plaintiffs, ) **JOINT SUBMISSION OF NOTICE**
13 ) **OF SETTLEMENT**
   vs. )
14 ) **Hon. Philip S. Gutierrez**
BIDZ.COM, INC., DOES 1-20, )
15 ) **Magistrate Judge Fernando M.**
   Defendants. ) **Olguin**
16 )

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to Rule 16-15.7 and Rule 40-2 of the Local Rules for the Central District of California, that plaintiff Marla Tidenberg, and defendant, Bidz.com, Inc., have reached a full and final resolution in the above-referenced cause.

/ / /

/ / /

/ / /

JOINT SUBMISSION OF NOTICE OF SETTLEMENT

Counsel for the parties are preparing the settlement documents and hope to file the appropriate Stipulation for Dismissal with the Court within ten (10) days.

Respectfully submitted,

Dated: February 19, 2010                    GORDON & REES LLP

/s/ Douglas Smith_____
Douglas Smith
Tara L. Martin
Attorneys for Defendant BIDZ.COM, INC.

Dated: February 19, 2010                    BALESTRIERE FARIELLO

/s/ John Balestriere_____
John Balestriere
Attorneys for Marla Tidenberg, individually and for all others similarly situated